HARRY BUDD, Respondent, *v.* MORNING TELEGRAPH, INC., Appellant.

(Argued October 18, 1934; decided November 20, 1934.)

*Thomas E. McEntegart* and *Charles C. Cullen* for appellant.

*David Goldstein, Albert de Roode* and *Joseph W. Ferris* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.